**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**JEROME B.,**

**Plaintiff,**

**v.** **Civil Action No. 3:20cv704**

**KILOLO KIJAKAZI,**
*Acting Commissioner of Social Security*,

**Defendant.**

**FINAL ORDER**

This matter comes before the Court on the December 23, 2021, Report and Recommendation (the "R&R") issued by the Honorable Mark R. Colombell, United States Magistrate Judge. (ECF No. 29). The R&R recommends that because (1) the Administrative Law Judge ("ALJ") properly assessed the Plaintiff's residual functional capacity pursuant to Social Security Administration regulations; (2) substantial evidence supports the ALJ's evaluation of the State Agency Reviewing Physicians' medical opinions; and, (3) substantial evidence supports the ALJ's evaluation of Nurse Practitioner Shania Saufley's medical opinion, that Plaintiff's Motion for Summary Judgment be Denied, and Defendant's Motion for Summary Judgment be Granted. (R&R 7–15.) No objections to the R&R have been filed, and the time to do so has expired.

Finding no error, the Court:

(1) ADOPTS the findings and recommendations as set forth in the R&R, (ECF No. 29);

(2) DENIES Plaintiff's Motion for Summary Judgment, (ECF No. 23);

(3) GRANTS Defendant's Motion for Summary Judgment, (ECF No. 25);

(4) AFFIRMS the decision of the Commissioner, and,

(5) DIRECTS the Clerk to CLOSE this case.

It is so ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 1-7-2022
Richmond, Virginia

M. Hannah Lauck
United States District Judge